IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DORIS F. WALLACE, | ) | NO.: 18-03424 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: A. BENJAMIN GOLDGAR |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON September 20, 2019 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, Park City Branch Court, Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois 60085, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 12, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

/s/Kinnera  Bhoopal
Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  
Glenn B Stearns  
801 Warrenville Road Suite 650  
Lisle, IL 60532  

*by Electronic Notice through ECF*

To Debtor:  
Doris F. Wallace  
P.O. BOX 523  
North Chicago, IL 60064  

*Served via U.S. Mail*

Doris F. Wallace  
1600 Argonne Drive  
North Chicago, IL 60064  

To Attorney:  
David M Siegel  
David M. Siegel & Associates  
790 Chaddick Drive  
Wheeling, IL 60090  

*by Electronic Notice through ECF*

McCalla Raymer Leibert Pierce, LLC  
Attorney For: Creditor  
1 N. Dearborn Suite 1200  
Chicago, IL 60602  
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DORIS F. WALLACE, | ) | NO.: 18-03424 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: A. BENJAMIN GOLDGAR |
| | ) | |

# MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Wells Fargo Bank, N.A. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 1600 Argonne Drive, North Chicago, IL 60064 be Modified stating as follows:

1. On February 07, 2018, the above captioned Chapter 13 was filed.

2. On May 04, 2018, the above captioned Chapter 13 was confirmed.

3. Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 1600 Argonne Drive, North Chicago, IL 60064.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Wells Fargo Bank, N.A.  Post-petition payments are $846.23.

5. As of September 3, 2019, the post-petition mortgage payments are due and owing for June 01, 2019.  The default to Wells Fargo Bank, N.A. is approximately $3,381.15 through September 2019, including a suspense amount of $3.77.

6. Attorney fees and cost associated with the filing of the motion are $1,031.00 and may be deemed recoverable from the Debtor.

7. The plan is in material default.

8. Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

9. Wells Fargo Bank, N.A. is not adequately protected.

10. The property located at 1600 Argonne Drive, North Chicago, IL 60064 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors.

12. Wells Fargo Bank, N.A. services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Wells Fargo Bank, N.A. (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Wells Fargo Bank, N.A. (the noteholder).

13. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 1600 Argonne Drive, North Chicago, IL 60064, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Wells Fargo Bank, N.A. to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:  */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email:  ILpleadings@mrpllc.com