**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor      Doris F. Wallace            Case No     18-03424       Chapter   13
Moving Creditor   Wells Fargo Bank, N.A.     Date Case Filed   February 07, 2018

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe): __

Chapter 13   Date of Confirmation Hearing       Date Plan Confirmed   May 04, 2018

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of September 3, 2019 $88,805.43
   Total of all other Liens against Collateral $22,862.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $78,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $_____

   b. ☒ Post-Petition Default
      i.  ☒ On direct payments to the moving creditor
          Number of months 4    Amount $3,381.15
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) Material payment default

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
   i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: September 12, 2019      Submitted By:    /s/Kinnera Bhoopal
                                               ARDC# 6295897
                                               McCalla Raymer Leibert Pierce, LLC